**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MARY ELLEN LUTZ, LEA SHURMATZ, KRISTIN SCHWARTZ, LINDA SPRING,** AND **ALEXIA CHRISTODOULIDES,** *individually and as representatives of similarly situated persons, and on behalf of the Plans,* | **NOTICE OF MOTION** |
| *Plaintiffs,* | **Civil Acton No.** |
| **v.** | **18-cv-1112 EAW** |
| **KALEIDA HEALTH,** *et al.*, | |
| *Defendants*. | |

**MOTION BY:**                  Plaintiffs.

**RELIEF REQUESTED:**           An Order permitting Plaintiffs to file under seal unredacted copies of Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion to Exclude Defendants' Expert Reports and Testimony, Affirmation of Adam T. Sanderson submitted in support of Plaintiffs' Motion to Exclude Defendants' Expert Reports and Testimony, dated June 10, 2022, and Exhibits D, E, J, K, L, M, and N attached to the Affirmation of Adam T. Sanderson submitted in support of Plaintiffs' Motion to Exclude Defendants' Expert Reports and Testimony, dated June 10, 2022.

**BASIS FOR RELIEF REQUESTED:** Rule 5.3(c) of the Local Rules of Practice of the Western District of New York and Rule 2(R)(i) of the Administrative Procedures Guide for Electronic Filing of the Western District of New York.

**SUPPORTING PAPERS:**          Affirmation of Adam T. Sanderson, dated June 10, 2022 with Exhibits.

**PLACE:**                      United States District Court
                                Western District of New York
                                2 Niagara Square
                                Buffalo, New York 14202

**DATE AND TIME:**              To be determined by the Court.

**REPLY PAPERS:**                      Pursuant to Local Rule 7.1(c), plaintiffs intend to file
                                        and serve reply papers.

Date: June 10, 2022

**THOMAS & SOLOMON LLP**

By:   /s/ Adam T. Sanderson
       Michael J. Lingle, Esq.
       Adam T. Sanderson, Esq.
       *Attorneys for Plaintiffs*
       693 East Avenue
       Rochester, New York 14607
       Telephone: (585) 272-0540
       mlingle@theemploymentattorneys.com
       asanderson@theemploymentattorneys.com

2
