UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY ELLEN LUTZ, LEA SHURMATZ, KRISTIN SCHWARTZ, LINDA SPRING, and ALEXIA CHRISTODOULIDES, *individually and as representatives of similarly situated persons, and on behalf of the Plans,*<br><br>*Plaintiffs,*<br><br>v.<br><br>KALEIDA HEALTH, *et al.*,<br><br>*Defendants.* | **NOTICE OF MOTION**<br><br>**Civil Action No. 18-CV-1112** |

**MOTION BY:** Plaintiffs.

**RELIEF REQUESTED:** An Order (1) granting preliminary approval the Parties' Class Action Settlement Agreement; approve the proposed Class Notice and authorize (2) approve of the Class Notice to the proposed Settlement Class; (3) preliminarily certify the Settlement Class for settlement purposes; (4) schedule a Fairness Hearing on a date no sooner than one-hundred-one (101) calendar days after the date of the Preliminary Approval Order; (5) enter the accompanying Preliminary Approval Order.

**BASIS FOR RELIEF REQUESTED:** Fed. R. Civ. P. 23(a), (b)(3), and (e).

**SUPPORTING PAPERS:** Affirmation of J. Nelson Thomas dated October 30, 2026, and exhibits attached thereto; Proposed Order.

**PLACE:** United States District Court
Western District of New York
2 Niagara Square
Buffalo, New York 14202

**DATE AND TIME:** To be determined by the Court.

Date: October 30, 2026

**THOMAS & SOLOMON PLLC**

By: /s/ J. Nelson Thomas
Nelson J. Thomas, Esq.
Jessica L. Lukasiewicz, Esq.
*Attorneys for Plaintiffs*
693 East Avenue
Rochester, New York 14607
Telephone: (585) 272-0540
nthomas@theemploymentattorneys.com
jlukasiewicz@theemploymentattorneys.com