# Exhibit B

# PLAN OF ALLOCATION

Capitalized terms not defined herein have the meanings set forth in the Settlement Agreement.

## I. Calculation Of Allocation Amounts

1. As required by Sections 5.3.1 and 9.3.7 of the Settlement Agreement, Kaleida Health shall, to the extent available, cause the Settlement Administrator to be provided with data reasonably necessary for the Settlement Administrator to determine the portion of the Net Settlement Amount to be distributed to each Settlement Class member under this Plan of Allocation (the "Plan Data").

2. The Settlement Administrator shall determine each Settlement Class member's pro rata share of the Net Settlement Amount as follows:

A. Annual revenue sharing for each Settlement Class member is calculated by multiplying the participant's annual average balance in each Plan investment fund by the applicable fund-level revenue sharing percentage, then summing the results across all funds in which the member held a balance.

B. Each Settlement Class member's share of the Net Settlement Amount is based on their proportionate share of total revenue sharing. Specifically:

Each Settlement Class member's percentage of the Net Settlement Amount is calculated based on the Settlement Class member's total revenue sharing paid across both Plans from October 11, 2012 through the date on which the Settlement becomes Final, relative to total revenue sharing paid by all Settlement Class members during that period:

$$\frac{\textbf{Settlement Class member's total revenue sharing}}{\textbf{Total revenue sharing paid by all Settlement Class members in both Plans}}$$

Each Settlement Class member's allocation is then calculated by multiplying this percentage by the Net Settlement Amount. The initial calculation of this amount is the "Preliminary Individual Dollar Recovery."

3. For Participants Without Active Plan Accounts only, if the Participant's Preliminary Individual Dollar Recovery is less than $5.00, it is de minimis and will not be paid to such Participant; instead, the amount will be reallocated on a per capita basis to Participants With Active Plan Accounts and Participants Without Active Plan Accounts who have a Preliminary Individual Dollar Recovery of $5.00 or more. A Participant's Final Individual Dollar Recovery equals his or her Preliminary Individual Dollar Recovery plus any reallocated de minimis amounts that would have otherwise been allocated to Participants Without Active Plan Accounts.

## II. Distribution Of The Allocated Amounts

1. Kaleida Health shall use reasonable efforts to cause Class Counsel and the Settlement Administrator to be provided with the updated Plan Data for all Settlement Class members throughout the Class Period in electronic spreadsheet format (to the extent available) within three (3) calendar days after the Settlement becomes Final.

2. The Settlement Administrator shall use the allocation method above for (*i*) making payments by check to Participants Without Active Plan Accounts, and (*ii*) instructing the Plans' recordkeeper on the Final Individual Dollar Recovery amounts to allocate to Participants With Active Plan Accounts via the Plans' Accounts.

3. The total of all checks to Participants Without Active Plan Accounts plus all allocations to Participants With Active Plan Accounts may not exceed the Net Settlement Amount. If the total Final Individual Dollar Recovery amounts calculated under this Plan of Allocation would otherwise exceed the Net Settlement Amount, the Settlement Administrator is authorized to make pro rata adjustments as necessary to ensure that said total does not exceed the Net Settlement Amount.

4. Within ten (10)) calendar days after the Settlement Administrator receives the Plan Data file (unless Class Counsel directs a different date in writing), the Settlement Administrator will provide Class Counsel a final electronic file (the "Plan Distribution Allocation File") for each Plan containing, for each Settlement Class member: (*i*) name; (*ii*) best available address; (*iii*) best available email address (if applicable); (*iv*) status as Participant With Active Plan Account or Participant Without Active Plan Account; and (*v*) Final Individual Dollar Recovery amount for each Plan. Class Counsel will promptly provide the Plan Distribution Allocation File to Defense Counsel, and the Parties will work cooperatively and in good faith to resolve any related issues.

5. Within two (2) calendar days after completing all payment calculations, the Settlement Administrator will provide the Plans' recordkeeper an Excel spreadsheet containing the name, Social Security number, and Final Individual Dollar Recovery amount for each of the Participants With Active Plan Accounts for each Plan.

### Participants With Active Plan Accounts

6. The Plans' recordkeeper will credit the individual accounts of each of the Participants With Active Plan Accounts in the amount stated on the Settlement Administrator's spreadsheet for each Plan.

7. Settlement payments to Participants With Active Plan Accounts will be invested according to and proportionate to their investment elections on file. If no election is on file, the payment will be invested in the respective Plan's qualified default investment alternative, as defined in 29 C.F.R. § 2550.404c-5.

8. The Parties understand the Plans' recordkeeper is not exercising discretion when receiving allocation instructions from the Settlement Administrator, and will process Settlement payment allocations to Participants With Active Plan Accounts within ten (10) calendar days

after receipt of the wire transfer to the Plans' Accounts of the portion of the Net Settlement Amount allocable to such participants.

9. For Participants With Active Plan Accounts who would receive a Final Individual Dollar Recovery but who died prior to receiving the Final Individual Dollar Recovery, the beneficiaries of such Participants With Active Plan Accounts will receive a Settlement allocation in an amount corresponding to the beneficiaries' entitlements under the beneficiary elections of the Participants With Active Plan Accounts on file with the Plans' current recordkeeper or under Section 6.3 of the Plans where the participant has not designated a beneficiary.

**Participants Without Active Plan Accounts**

10. For Participants Without Active Plan Accounts, no later than ten (10) calendar days after the Settlement Administrator's receipt of the wire transfer of the portion of the Net Settlement Amount allocable to such participants, the Settlement Administrator will issue a check for the Final Individual Dollar Recovery less any applicable tax withholding and mail it to the best available address on file (or an address determined using commercially reasonable means if uncertain). For each check, the Settlement Administrator shall: (*i*) calculate and withhold applicable taxes; (*ii*) report payments and remit withholdings to the IRS and applicable state revenue agents; and (*iii*) issue appropriate tax forms to the recipient.

11. In a letter accompanying each check, the Settlement Administrator shall advise Participants Without Active Plan Accounts that they bear sole responsibility for complying with any Qualified Domestic Relations Order applicable to the Settlement payment.

12. To help ensure checks reach correct addresses: (*i*) the Plans' recordkeeper will provide the mailing address for each of the Participants Without Active Plan Accounts; (*ii*) before checks are issued, the Settlement Administrator will update addresses using the National Change of Address Database; (*iii*) for undeliverable checks, the Settlement Administrator shall attempt to find updated addresses and resend if available; and (*iv*) for checks not cashed within sixty (60) calendar days, the Settlement Administrator will (a) send an email reminder (if the Participant's email address is available) that uncashed checks will be voided one hundred twenty (120) calendar days after issuance, and (b) perform a one-time skip-trace and, if appropriate, reissue the check.

13. All checks expire no later than one hundred twenty (120) calendar days after issuance. Amounts of uncashed checks shall be transferred to the Plans' Accounts for distribution as provided in this Section.

14. No sooner than two hundred ten (210) calendar days after distribution of all checks to Participants Without Active Plan Accounts, any remaining Net Settlement Amount attributable to Participants Without Active Plan Accounts shall be transferred to and distributed by the recordkeeper on a per capita basis to Participants With Active Plan Accounts who remain in the Plans. No part of the Net Settlement Amount shall revert to any Defendant. Participants Without Active Plan Accounts who fail to timely cash their checks are barred from filing claims for their Final Individual Dollar Recovery, and such claims will be denied.

15. For Participants Without Active Plan Accounts who would receive a Final Individual Dollar Recovery but who died prior to receiving the Final Individual Dollar Recovery, their next of kin, in accordance with applicable state law, will receive payments by the method described herein so long as such individual provides the Settlement Administrator with sufficient documentation to verify his or her status as the next of kin in accordance with state law. The Settlement Administrator shall have sole and final responsibility to determine the amount of the payment to a deceased Participant Without Active Plan Account's next of kin in accordance with the Plan of Allocation and as ordered by the Court.

## III. Tax-Related Issues and General Responsibilities

1. The Parties, the Releasees, Defense Counsel, and Class Counsel provide no tax advice and make no representations regarding tax consequences of Settlement payments. To the extent any payment is subject to tax, the recipient is responsible for payment; however, the Settlement Administrator will make required deductions and reporting.

2. Each Settlement Class member receiving a Settlement payment is fully responsible for any federal, state, or local taxes resulting therefrom and shall hold the Parties, the Releasees, Defense Counsel, Class Counsel, and the Settlement Administrator harmless from any tax liability (including penalties and interest) and any related costs (including attorneys' fees and investigation or suit expenses).

3. Neither the Parties, the Releasees, Defense Counsel, nor Class Counsel shall have any responsibility or liability for: (*i*) any act, omission, or determination of the Settlement Administrator or its designees in administering the Settlement; (*ii*) management, investment, or distribution of the Net Settlement Amount; (*iii*) administration or allocation of the Net Settlement Amount; (*iv*) determination, calculation, or payment of claims against the Net Settlement Amount; or (*v*) payment or withholding of taxes, tax-related expenses, or tax filings.

4. Within twenty-eight (28) calendar days after all Settlement payments are issued as provided by the Court-approved Plan of Allocation, the Settlement Administrator shall provide Class Counsel and Defense Counsel a list of each person who received a Settlement payment or allocation and the amount thereof.

5. The Settlement Administrator shall have final authority to determine the Final Individual Dollar Recovery amount to be allocated pursuant to the Plan of Allocation approved by the Court. All questions related to payments to Settlement Class members that are not resolved by the Settlement Agreement and/or the Plan of Allocation shall be resolved by the Settlement Administrator in its sole and exclusive discretion.

## IV. Modifications

1. The Court may approve or modify the Plan of Allocation without additional notice to Settlement Class members. Any modification will be posted on the Settlement Website within ten (10) calendar days.

2. The Court will retain jurisdiction over the Plan of Allocation to the extent necessary to ensure that it is fully and fairly implemented.